UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| HEALTHCARE RESOURCES MANAGEMENT GROUP, LLC<br><br>Plaintiff<br><br>v.<br><br>ECONATURA ALL HEALTHY WORLD, LLC, et al.,<br><br>Defendants<br>_____<br><br>ECONATURA ALL HEALTHY WORLD, LLC,<br><br>Counterclaim Plaintiff<br><br>v.<br><br>HEALTH RESOURCES MANAGEMENT GROUP LLC and SAM GENOVESE<br><br>Counterclaim Defendants | CASE NO.: 9:20-cv-81501-DMM |

**DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Defendants, Econatura All Healthy World, LLC ("Econatura"), Noxeno Health Sciences, Inc. ("Noxeno"), MedTerra CBD, LLC ("Medterra"), and Rejuvenol Laboratories, Inc. ("Rejuvenol"), by counsel, and pursuant to Fed. R. Civ. Pro. 26(c), hereby move for entry of the Stipulated Protective Order ("SPO") attached hereto as **Exhibit A**. In support of this Motion, the Defendants state as follows:

1. Rule 26(c)(1) provides that "… [t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or

expense" from requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way …."

2. Plaintiff has filed claims against Defendants for misappropriation of trade secrets, namely, misappropriation of Plaintiff's alleged trade secret formula for a CBD-based topical cream. Defendant Econatura filed a counterclaim against Plaintiff and a third party complaint against one of the members of Plaintiff, personally, based on the alleged unlawful disclosure of Econatura's confidential materials. These claims and defenses necessarily involve the exchange of information, which both parties consider proprietary, concerning products sold by both parties.

3. Accordingly, the parties have collectively stipulated to the protective order attached as <u>Exhibit A</u>, which is intended to provide procedures to safeguard confidential information on behalf of any party. Entry of the SPO will, therefore, facilitate the open exchange of information otherwise maintained as confidential while simultaneously preserving the confidentiality of such information.

4. Because Rule 26(c)(1)(G) expressly contemplates entry of a protective order under such circumstances, the parties maintain that good cause exists for entry of the SPO.

5. <u>LOCAL RULE 7.1(a)(3)</u>: Defendants have conferred with counsel for Plaintiff and Counterclaim Defendants and the parties have agreed to the content and filing of the SPO. Defendants attempted to confer with opposing counsel as to the filing of a joint motion for entry of the SPO but counsel for Plaintiff/Counterclaim Defendants never responded. But given Plaintiff's agreement to the SPO, this motion is unopposed.

WHEREFORE, the Defendants request entry of the Stipulated Protective Order attached as <u>Exhibit A</u>, and such other relief that this Court deems just and proper.

CASE NO.: 9:20-cv-81501-DMM

Respectfully submitted,

| | |
|---|---|
| MCCABE RABIN, P.A.<br>*Counsel for Medterra*<br>1601 Forum Place, Suite 201<br>West Palm Beach, FL 33401-8102<br>Phone:  561-659-7878<br><br>By:  /s/Adam T. Rabin, Esquire<br>       ADAM T. RABIN, ESQ.<br>       Florida Bar No. 685635<br>       arabin@mccaberabin.com | LASH & GOLDBERG, LLP<br>*Counsel for EcoNatura and Noxeno*<br>100 S.E. 2nd St., Ste. 1200<br>Miami, FL  33131<br>Phone:  (305) 347-4040<br><br>By:  /s/Greg J. Weintraub, Esquire<br>       GREG J. WEINTRAUB, ESQ.<br>       Florida Bar No. 75741<br>       gweintraub@lashgoldberg.com |
| LEE & AMTZIS, P.L.<br>*Counsel for Rejuvenol*<br>5550 Glades Road, Suite 401<br>Boca Raton, FL 33431<br>Office (561) 981-9988<br><br>By:  /s/Eric Lee, Esquire<br>       ERIC LEE, ESQ.<br>       Florida Bar No. 961299<br>       lee@leeamlaw.com | MIDDLETON REUTLINGER<br>*Counsel for EcoNatura and Noxeno*<br>401 S. 4th St., Ste. 2600<br>Louisville, KY  40202<br>Phone:  (502) 584-1135<br><br>By: /s/ Brian P. McGraw, Esquire<br>       BRIAN P. McGRAW, ESQ.<br>       bmcgraw@middletonlaw.com |

CASE NO.: 9:20-cv-81501-DMM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2021, I served the foregoing document on all counsel of record via email.

/s/ Greg J. Weintraub
GREG J. WEINTRAUB, ESQ.

CASE NO.: 9:20-cv-81501-DMM

**SERVICE LIST**:

Attorneys for Plaintiff
**HEALTHCARE RESOURCES MANAGEMENT GROUP, LLC**
Hirzel Dreyfuss & Dempsey, PLLC
Leon F. Hirzel, Esq.,
hirzel@hddlawfirm.com
Patrick G. Dempsey, Esq.
dempsey@hddlawfirm.com
Alec P. Hayes, Esq.
hayes@hddlawfirm.com
eservice@hddlawfirm.com
2333 Brickell Avenue, Suite A-1
Miami, FL 33129

Attorneys for Defendant
**MEDTERRA CBD, LLC**
McCabe Rabin, P.A.
Adam T. Rabin
arabin@mccaberabin.com
e-filing@mccaberabin.com
Robert C. Glass
rglass@mccaberabin.com
1601 Forum Place, Ste. 201 West
Palm Beach, FL 33401

Attorneys for Defendant
**REJUVENOL LABORATORIES, INC**
Lee & Amtzis, P.L.
Eric Lee, Esq.
lee@leeamlaw.com
5550 Glades Road, Ste. 401 Boca
Raton, FL 33431 561.981.9988

Counter-Defendant
Trinity Health Global, LLC
1288 N.W. 16th Street
Boca Raton, FL 33486

Counter-Defendant
Pharmalieve Health, LLC
1288 N.W. 16th Street
Boca Raton, FL 33486